## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Stephanie E. Hauck  
      Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck

BK NO. 23-00076

Chapter 13

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Michael Farrington*  
                              Michael Farrington  
                              23 Jan 2023, 15:15:31, EST

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              215-627-1322