United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 23-00076-MJC

Dorsey M. Hauck, Jr.                                               Chapter 13

Stephanie E. Hauck
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                         User: AutoDocke                         Page 1 of 3

Date Rcvd: Feb 24, 2023                      Form ID: ntcnfhrg                        Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dorsey M. Hauck, Jr., Stephanie E. Hauck, 253 Mainzer Hill Road, Danville, PA 17821-9268 |
| aty | + | Leah M Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5516279 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 5516284 | + | MC Federal Credit Union, PO Box 37603, Philadelphia, PA 19101-0603 |
| 5516288 | + | National Recovery, Attn: Bankruptcy, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5516289 | + | Quantum Imaging & Therapeutic Assoc, 629-D Lowther Rd., Lewisberry, PA 17339-9527 |
| 5516290 | | Ratchford Law Group, P.C., 54 Glenmaura National Blvd., Ste 104, Moosic, PA 18507-2161 |
| 5516293 | + | Weltman Weinberg & Reis, Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 18:45:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516271 | | Email/Text: g20956@att.com | Feb 24 2023 18:41:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 5516269 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 18:56:43 | American Express, Attn: Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5522275 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 18:56:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5516270 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 18:56:30 | Amex, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5516272 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 18:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5516273 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 18:45:36 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5516274 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2023 18:45:38 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 5516275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 18:45:56 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 5519851 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 18:45:15 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516277 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 24 2023 18:41:00 | Credit Collection Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5520773 | + | Email/Text: mrdiscen@discover.com | Feb 24 2023 18:41:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 5516278 | + | Email/Text: mrdiscen@discover.com | Feb 24 2023 18:41:00 | Discover Financial, Attn: Bankruptcy, P.O Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| 5516276 | | Email/Text: BNSFS@capitalsvcs.com | Feb 24 2023 18:41:00 | Ccs/first savings bank, attn Bankruptcy, PO box 5019, Sioux Falls, SD 57117 |
| 5517502 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 24 2023 18:41:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5516280 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 24 2023 18:41:00 | I.C. System Inc., Attn: Bankruptcy, P.O Box 64378, Saint Paul, MN 55164-0378 |
| 5516281 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 18:41:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114-0436 |
| 5517134 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 18:45:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516282 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 24 2023 18:41:00 | Liberty Mutual Insurance, Attn: Bankruptcy, Two Wells Avenue Dept. 9134, Newton Center, MA 02459-3225 |
| 5520228 | + | Email/Text: BKRMailOps@weltman.com | Feb 24 2023 18:41:00 | MC Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5521456 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2023 18:45:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5516283 | + | Email/Text: bankruptcy@mcfcu.org | Feb 24 2023 18:41:00 | Mc Federal Credit Union, 390 Walnut Street, Danville, PA 17821-1503 |
| 5516285 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2023 18:45:39 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5522759 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5516286 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 18:41:00 | Midland Credit Management, Inc., P.O. Box 939069, San Diego, CA 92193-9069 |
| 5516287 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 24 2023 18:41:00 | Mr. Cooper, P.O. Box 650783, Dallas, TX 75265-0783 |
| 5516383 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 18:45:18 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522506 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2023 18:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5516291 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 18:45:57 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 5516294 | + | Email/Text: BKRMailOps@weltman.com | Feb 24 2023 18:41:00 | Weltman, Weinberg & Reis Co., L.P.A, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 5516292 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 24 2023 18:41:00 | tbom/milestone, attn: bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5522276 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Stephanie E. Hauck lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Dorsey M. Hauck  Jr. lstump@shepleylaw.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dorsey M. Hauck Jr.,                     Chapter     13
aka Dorsey M Hauck,

           **Debtor 1**                  Case No.      4:23−bk−00076−MJC

Stephanie E. Hauck,

           **Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 30, 2023<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2023 |

ntcnfhrg (08/21)