UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DORSEY M. HAUCK, JR. and STEPHANIE E. HAUCK<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| DORSEY M. HAUCK, JR. and STEPHANIE E. HAUCK<br>    Respondents | : | CASE NO. 4-23-bk-00076 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 23rd day of February, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1A of the plan, as required by the Mean Test – should be $383,557.20.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Douglas R. Roeder
        Attorney for Trustee

# CERTIFICATE OF SERVICE

        AND NOW, this   28th   day of February, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Leah Stump, Esquire
3115 North Front Street
Harrisburg, PA   17110

        /s/Deborah A. Behney
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee