# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Dorsey M. Hauck Jr.,
Stephanie, E. Hauck
    Debtors.

Chapter 13

Bankruptcy No.: 4:23-bk-00076

## CERTIFICATION OF SERVICE

    I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, 1st Amended Plan, Amended Schedule J and Hearing Notice, on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: April 26, 2023

/s/ Leah M. Stump-Lesley, Esq.
Leah M. Stump-Lesley, Esq.
PA Bar ID No. 93211
Harold Shepley & Associates, LLC
3115 N. Front Street
Harrisburg, PA 17110
Phone: (717) 692-5533

[PARTIES SERVED]

Jack N. Zaharopoulos, Trustee (electronic)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee (electronic)
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street, Box 302
Harrisburg, PA 17102

Case 4:23-bk-00076-MJC   Doc 26-1   Filed 04/26/23   Entered 04/26/23 10:48:14   Desc
Certificate of Service    Page 1 of 3

| | | |
|---|---|---|
| DORSEY M. HAUCK, JR.<br>STEPHANIE E. HAUCK<br>253 MAINZER HILL ROAD<br>DANVILLE, PA 17821 | CCS/FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>PO BOX 5019<br>SIOUX FALLS, SD 57117 | MERRICK BANK<br>ATTN: BANKRUPTCY<br>P.O. BOX 9201<br>OLD BETHPAGE, NY 11804 |
| LEAH M. STUMP-LESLEY, ESQ.<br>HAROLD SHEPLEY & ASSOCIATES, LLC<br>209 WEST PATRIOT STREET<br>SOMERSET, PA 15501 | CREDIT COLLECTION SERVICES<br>ATTENTION: BANKRUPTCY<br>725 CANTON STREET<br>NORWOOD, MA 02062 | MIDLAND CREDIT MANAGEMENTI<br>P.O. BOX 2037<br>WARREN, MI 48090 |
| AMERICAN EXPRESS<br>ATTN: BANKRUPTCY<br>P.O. BOX 981540<br>EL PASO, TX 79998-1540 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>P.O BOX 3025<br>NEW ALBANY, OH 43054 | NATIONAL RECOVERY<br>ATTN: BANKRUPTCY<br>PO BOX 67015<br>HARRISBURG, PA 17106 |
| AMEX<br>CORRESPONDENCE/BANKRUPTCY<br>P.O. BOX 981540<br>EL PASO, TX 79998 | FIRST NATIONAL BANK<br>P.O. BOX 6122<br>HERMITAGE, PA 16148 | NATIONSTAR MORTGAGE, LLC<br>ATTN: BANKRUPTCY DEPARTMEN<br>PO BOX 619096<br>DALLAS, TX 75261-9741 |
| AT&T MOBILITY<br>P.O. BOX 6416<br>CAROL STREAM, IL 60197-6416 | I.C. SYSTEM INC.<br>ATTN: BANKRUPTCY<br>P.O BOX 64378<br>SAINT PAUL, MN 55164 | PRA RECEIVABLES MANANGEMEL<br>PO BOX 41021<br>NORFOLK, VA 23541 |
| BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA, FL 33634 | INTERNAL REVENUE SERVICE<br>P.O. BOX 16336<br>PHILADELPHIA, PA 19114-0436 | QUANTUM IMAGING & THERAPEA<br>629-D LOWTHER RD.<br>LEWISBERRY, PA 17339 |
| BECKETT & LEE, LLC<br>P.O. BOX 3001<br>MALVERN, PA 19355 | KML LAW GROUP<br>ATTN: MICHAEL FARRINGTON<br>SUITE 5000 - BNY INDEPENDENCE CENTER<br>PHILADELPHIA, PA 19106 | RATCHFORD LAW GROUP, P.C.<br>54 GLENMAURA NATIONAL BLVD.<br>SUITE 104<br>MOOSIC, PA 18507-2161 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | LIBERTY MUTUAL INSURANCE<br>ATTN: BANKRUPTCY<br>TWO WELLS AVENUE DEPT. 9134<br>NEWTON CENTER, MA 02459 | RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603 |
| CAPITAL ONE AUTO FINANCE<br>P.O. BOX 60511<br>CITY OF INDUSTRY, CA 91716-0511 | MC FEDERAL CREDIT UNION<br>390 WALNUT STREET<br>DANVILLE, PA 17821 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 965061<br>ORLANDO, FL 32896-5061 |
| CAPITAL ONE BANK USA NA<br>4851 COX ROAD<br>GLEN ALLEN, VA 23060 | MC FEDERAL CREDIT UNION<br>PO BOX 37603<br>PHILADELPHIA, PA 19101 | TBOM/MILESTONE<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 |

WELTMAN WEINBERG & REIS, CO., LPA
170 S. INDEPENDENCE MALL W.
SUITE 874W
PHILADELPHIA, PA 19106

WELTMAN, WEINBERG & REIS CO., L.P.A
965 KEYNOTE CIRCLE
CLEVELAND, OH 44131