IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie E. Hauck<br>      Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>                    Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC<br>                      Movant<br>      vs. | NO. 23-00076 MJC |
| Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>                    Trustee | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

      Nationstar Mortgage LLC has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1.     If you do not want the court to grant the relief sought in the motion, then on or before **June 20, 2023,** you or your attorney must do all of the following:
          (a)     file an answer explaining your position at:
                United States Bankruptcy Court
                U.S. Courthouse
                197 S. Main St.
                Wilkes-Barre, PA

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
          (b)     mail a copy to the movant's attorney:
                Brian Nicholas Esquire
                KML Law Group, P.C.
                Suite 5000 - BNY Independence Center
                701 Market Street
                Philadelphia, PA 19106-1532

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.     A hearing on the motion is scheduled to be held before the Honorable Mark J. Conway, the United States Bankruptcy Judge, in at the United States Bankruptcy Court, U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA, on **July 11, 2023 at 10:00 AM,** or as soon thereafter as counsel can be heard, to consider the motion.

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

                                                     **/s/ Brian Nicholas**
                                                     Brian Nicholas, Esquire
                                                     Attorneys for Movant/Applicant
                                                     Main Phone #: 215-627-1322

June 06, 2023