**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br><div align="center">Debtor(s)</div> | CHAPTER 13 |
| Nationstar Mortgage LLC<br><div align="center">Movant</div><br><div align="center">vs.</div> | NO. 23-00076 MJC |
| Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br><div align="center">Debtor(s)</div> | |
| | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br><div align="center">Trustee</div> | |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorneys for Movant/Applicant