# EXHIBIT A

# NOTE

March 27, 2017  
[Date]

Costa Mesa,  
[City]

California  
[State]

8 Mainzer Hill Road, Danville, PA 17821  
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $105,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Americash, a Corporation.

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 4.625 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any Survival Event as defined in this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1st day of each month beginning on May 1, 2017. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on April 1, 2047, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date." I will continue to pay those amounts both before and after any Survival Event as defined in this Note, until I have paid all of the principal and interest and any other charges described below that I may owe under this Note.

I will make my monthly payments at Attn Payment Processing, 3080 Bristol Street, Suite 300  
Costa Mesa, CA 92626

or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $539.85.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

Initials: _____

PENNSYLVANIA FIXED RATE NOTE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3239 1/16  
Ellie Mae, Inc.    Page 1 of 3

03/24/2017 05:24 PM PST

(e) the entry of any judgment against me under this Note; and
(f) the entry of any judgment under the Security Instrument.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
STEPHANIE HAUCK

_____ (Seal)
DORSEY HAUCK

Lender: Americash
NMLS ID:
Broker:
NMLS ID:
Loan Originator: Charles Rinaldi
NMLS ID:

PENNSYLVANIA FIXED RATE NOTE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT  Form 3239 2/16
Ellie Mae, Inc. Page 3 of 3

[Sign Original Only]
Initials: _____

03/24/2017 05:24 PM PST

# ALLONGE TO NOTE

LOAN #: ▮▮▮▮▮▮▮

LOAN AMOUNT: $ 105,000.00

PROPERTY ADDRESS:	8 Mainzer Hill Road
	Danville, PA, 17821

ALLONGE TO NOTE DATED:	03/27/2017

IN FAVOR OF:	AMERICASH, A CORPORATION

EXECUTED BY:	Stephanie Hauck and Dorsey Hauck

PAY TO THE ORDER OF:	FirstBank

WITHOUT RECOURSE:	AMERICASH, A CORPORATION

BY: _____
     Michael R Martin

TITLE:	Vice President

WITHOUT RECOURSE PAY TO THE ORDER OF
_____
FirstBank
By: _____
D. Tyler Pate
AVP - MSR and Servicing