# EXHIBIT C

# County of Northumberland



CHRISTINA A. MERTZ
REGISTER OF WILLS, RECORDER OF DEEDS
CLERK OF ORPHANS' COURT
Courthouse, 201 Market Street
Sunbury, Pennsylvania 17801
(570) 988-4143

Instrument Number - 202304586
Recorded On 4/4/2023 At 1:31:23 PM
* Instrument Type - ASSIGNMENT
  Invoice Number - ███████
* Assignor - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
* Assignee - NATIONSTAR MORTGAGE LLC
* Customer - KML LAW GROUP, P.C.

Book - 3248   Starting Page - 289
* Total Pages - 4

* **FEES**
  STATE WRIT TAX              $0.50
  JCS/ACCESS TO JUSTICE      $40.25
  RECORDING FEES -           $15.50
  RECORDER OF DEEDS
  COUNTY ARCHIVES FEE         $2.00
  ROD ARCHIVES FEE            $3.00
  TOTAL PAID                 $61.25

This is a certification page

## DO NOT DETACH

This page is now the first page of this legal document.

RETURN DOCUMENT TO:
KML LAW GROUP, P.C.
701 MARKET ST STE 5000
PHILADELPHIA, PA 19106-1541

I hereby CERTIFY that this document is recorded in the Recorder's Office of North'd County, Pennsylvania.



*Christina A. Mertz*
Christina A. Mertz
Recorder of Deeds

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: 3248  Page: 289

When Recorded Return To:
DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

**Northumberland, Pennsylvania**
**SELLER'S SERVICING #:** ▇▇▇▇▇ "HAUCK"

**MIN #:** ▇▇▇▇▇   **SIS #:** ▇▇▇▇▇

Date of Assignment: March 29th, 2023
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERICASH, ITS SUCCESSORS AND ASSIGNS
Assignee: NATIONSTAR MORTGAGE LLC

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 11819 Miami St., Suite 100, Omaha, NE 68164 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Executed By: DORSEY HAUCK AND STEPHANIE HAUCK, HUSBAND AND WIFE, AS TENANTS BY THE ENTIRETIES. To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERICASH, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 03/27/2017 Recorded: 04/11/2017 in Book/Reel/Liber: 2766 Page/Folio: 51 as Instrument/Document: 201705470 In the County of Northumberland, State of Pennsylvania.
Property Address: 253 MAINZER HILL ROAD, DANVILLE, PA 17821 in the Township of RUSH

I do certify that the precise address of NATIONSTAR MORTGAGE LLC is 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019
Attested By: _____  **Sylvia Ramirez**

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $105,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee forever, subject to the terms contained in said Security Instrument.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERICASH, ITS SUCCESSORS AND ASSIGNS
On March 29th, 2023

By: *[signature]*
SYLVIA RAMIREZ, Vice-President

STATE OF Texas
COUNTY OF Denton

On March 29th, 2023, before me, TEREFE TEKLE, a Notary Public in and for Denton in the State of Texas, personally appeared SYLVIA RAMIREZ, Vice-President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERICASH, ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*

TEREFE TEKLE
Notary Expires: 08/21/2025

TEREFE TEKLE
Notary Public, State of Texas
Comm. Expires 08-21-2025
Notary ID 131253034

(This area for notarial seal)

**Exhibit "A"**

**Legal Description**

Real property in the City of DANVILLE, County of NORTHUMBERLAND, State of Pennsylvania, described as follows:

ALL THAT CERTAIN PIECE, PARCEL AND TRACT OF LAND SITUATE PARTLY IN THE BOROUGH OF RIVERSIDE, NORTHUMBERLAND COUNTY, PENNSYLVANIA, AND PARTLY IN RUSH TOWNSHIP, NORTHUMBERLAND COUNTY, PENNSYLVANIA, MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A SPIKE IN THE CENTER OF TOWNSHIP ROAD NO. 553 MORE COMMONLY CALLED MAINZER ROAD, AND SIDE OF LANDS NOW OR FORMERLY OF LEWIS J. MAINZER AND THE WESTERN SIDE OF A PRIVATE 20 FOOT FARM LANE; THENCE ALONG THE WESTERN SIDE OF SAID FARM LANE THE FOLLOWING COURSES AND DISTANCES: SOUTH 00 DEGREES 10 MINUTES EAST A DISTANCE OF 88.32 FEET TO AN IRON PIN; THENCE SOUTH 37 DEGREES 19 MINUTES WEST A DISTANCE OF 202.95 FEET TO AN IRON PIN; THENCE SOUTH 32 DEGREES 59 MINUTES WEST A DISTANCE OF 222.19 FEET TO AN IRON PIN; THENCE SOUTH 29 DEGREES 23 MINUTES WEST A DISTANCE OF 113.71 FEET TO AN IRON PIN; THENCE SOUTH 23 DEGREES 45 MINUTES WEST A DISTANCE OF 102.94 FEET TO AN IRON PIN; THENCE SOUTH 39 DEGREES 21 MINUTES WEST A DISTANCE OF 69.61 FEET TO AN IRON PIN; THENCE SOUTH 68 DEGREES 12 MINUTES WEST, A DISTANCE OF 214.43 FEET TO AN IRON PIN; THENCE SOUTH 43 DEGREES 07 MINUTES WEST A DISTANCE OF 83.28 FEET TO AN IRON PIN IN LINE OF LANDS NOW OR FORMERLY OF LEWIS J. MAINZER; THENCE ALONG LINE OF OTHER LANDS NOW OR FORMERLY OF LEWIS J. MAINZER SOUTH 88 DEGREES 59 MINUTES WEST A DISTANCE OF 243.01 FEET TO AN IRON PIN IN LINE OF LANDS NOW OR FORMERLY OF LEWIS J. MAINZER AND LANDS NOW OR FORMERLY OF PHILIP C. MOLTER; THENCE ALONG LINE OF LANDS NOW OR FORMERLY OF PHILIP C. MOLTER NORTH 06 DEGREES 45 MINUTES EAST A DISTANCE OF 638.25 FEET TO A SPIKE IN THE CENTER OF TOWNSHIP ROAD NO. 553, MORE COMMONLY CALLED MAINZER ROAD; THENCE ALONG THE CENTER OF SAID TOWNSHIP ROAD NO. 553, MORE COMMONLY CALLED MAINZER ROAD, THE FOLLOWING COURSE AND DISTANCES: NORTH 67 DEGREES 28 MINUTES EAST, A DISTANCE OF 0.47 FEET TO A SPIKE; THENCE ALONG THE CURVE WHOSE RADIUS IS 232.28 FEET FOR A LENGTH OF 175.95 FEET ON A CHORD OF NORTH 89 DEGREES 10 MINUTES EAST A DISTANCE OF 171.77 FEET TO A SPIKE; THENCE ALONG THE SAME SOUTH 69 DEGREES 08 MINUTES EAST A DISTANCE OF 64.01 FEET TO A SPIKE; THENCE ALONG THE CURVE WHOSE RADIUS IS 224.69 FEET FOR A LENGTH OF 191.44 FEET ON A CHORD OF NORTH 86 DEGREES 27 MINUTES EAST A DISTANCE OF 185.70 FEET TO A SPIKE; THENCE ALONG THE SAME NORTH 62 DEGREES 03 MINUTES EAST A DISTANCE OF 15.24 FEET TO A SPIKE; THENCE ALONG THE SAME NORTH 59 DEGREES 25 MINUTES EAST A DISTANCE OF 176.37 FEET TO A SPIKE; THENCE ALONG THE SAME NORTH 65 DEGREES 18 MINUTES EAST A DISTANCE OF 224.39 FEET TO A SPIKE; THENCE ALONG THE CURVE WHOSE RADIUS IS 156.68 FEET FOR A LENGTH OF 25.53 FEET ON A CURVE OF NORTH 61 DEGREES 09 MINUTES EAST A DISTANCE OF 25.49 FEET TO THE SPIKE, THE PLACE OF BEGINNING.

CONTAINING 8.54 ACRES OF LAND AND ALL AS IS MORE FULLY SHOWN BY SURVEY MADE BY PETER J. UHL, R.S., IN MAY 1986.