# EXHIBIT D

# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s) | CHAPTER 13<br><br>NO. 23-00076 MJC |
| Nationstar Mortgage LLC<br>                Movant<br>vs.<br><br>Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>                Debtor(s)<br><br>Jack N. Zaharopoulos<br>                Trustee | |

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED 3/27/2017

Mortgage Recorded on 4/11/2017, in Montour County, Instrument Number 201705470.

**Property Address:**
253 Mainzer Hill Road Danville, PA 17821

**Mortgage Servicer**
Nationstar Mortgage LLC

**Post Petition mailing address for Debtor(s) to send payments:**

Nationstar Mortgage LLC
PO BOX 619094
Dallas, TX 75261

**Mortgagor(s)/Debtor(s):**

Stephanie E. HauckDorsey M. Hauck Jr. a/k/a Dorsey M. Hauck

**Payments are contractually due:**     Monthly_X_     Semi-Monthly___     Bi-Weekly___     Other____

**Monthly Payment is comprised of:**
Principal & Interest:     $488.43
R.E. Taxes:     $_____
Insurance:     $_____
Late Charge:     $_____

Other: $385.86 (Specify: Escrow)
**TOTAL:** $874.29

## POST PETITION PAYMENTS (Petition was filed on January 17, 2023)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $874.29 | 2/1/2023 | 3/28/2023 | $1,748.58 | | |
| $874.29 | 3/1/2023 | | | | |
| $874.29 | 4/1/2023 | | | | |
| $874.29 | 5/1/2023 | | | | |
| Total Due: | $3,497.16 | Total Received: | $1,748.58 | Arrears: | $1,748.58 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 2 as of 5/17/2023

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $1,748.58 as of 5/17/2023

Dated: May 31, 2023

_Chastity Wilson_
Mortgage Company
Assistant Secretary of
Nationstar Mortgage LLC
(Print Name and Title) ~~Affiant~~