IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC<br>Movant<br>vs.<br>Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s)<br>Jack N. Zaharopoulos<br>Trustee | NO. 23-00076 MJC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Brian Nicholas, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of Nationstar Mortgage LLC for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on June 06, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Stephanie E. Hauck
253 Mainzer Hill Road
Danville, PA 17821

Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck
253 Mainzer Hill Road
Danville, PA 17821

Attorney for Debtor(s)
Leah M. Stump, Harold Shepley and Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the US Trustee
P.O. Box 969
Harrisburg, PA 17108

Date: June 06, 2023

/s/ Brian Nicholas
Brian Nicholas, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322