IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Stephanie E. Hauck**<br>**Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck**<br>Debtor(s) | BK NO. 23-00076 MJC<br><br>Chapter 13 |
| **Nationstar Mortgage LLC**<br>Moving Party<br>vs. | Pleading: Motion for Relief from Stay |
| **Stephanie E. Hauck**<br>**Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck**<br>Debtor(s) | |
| **Jack N. Zaharopoulos**, (**Trustee**) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within sixty (60) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 6, 2023         **/s/ Michael P. Farrington___**
                            Michael P. Farrington, Esquire
                            Attorney for Moving Party
                            KML Law Group, P.C.