**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC<br>Moving Party<br>vs.<br>Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s)<br>Jack N. Zaharopoulos<br>Trustee | NO. 23-00076 MJC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF CONCURRENCE

Debtors have concurred with the request for relief in this Request to Remove from List.

Respectfully submitted,

**/s/ Michael P. Farrington**
Michael P. Farrington, Esquire
Attorneys for Movant/Applicant