# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC<br>Moving Party<br>vs.<br>Stephanie E. Hauck<br>Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck<br>Debtor(s)<br>Jack N. Zaharopoulos<br>Trustee | NO. 23-00076 MJC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE OF
## REQUEST TO REMOVE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 6, 2023, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Stephanie E. Hauck
253 Mainzer Hill Road
Danville, PA 17821

Dorsey M. Hauck Jr. a/k/a Dorsey M. Hauck
253 Mainzer Hill Road
Danville, PA 17821

Attorney for Debtor(s)
(VIA ECF)

Leah M. Stump, Harold Shepley and Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

Trustee
(VIA ECF)
Jack N. Zaharopoulos

8125 Adams Drive, Suite A

Hummelstown, PA 17036

Method of Service: electronic means or first class mail
Dated: July 6, 2023

/s/ Michael P. Farrington
Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phone: (215) 825-6327
Email: mfarrington@kmllawgroup.com
Attorney for Movant