# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DORSEY M HAUCK JR. | : | CASE NO: 23-00076 |
| AND | : | |
| STEPHANIE E. HAUCK | : | CHAPTER 13 |
| Debtor(s) | : | |

## CERTIFICATION OF SERVICE

I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Proof of Claim, on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: July 18, 2023

/s/ Leah M. Stump-Lesley, Esq.
Leah M. Stump-Lesley, Esq.
PA Bar ID No. 93211
Harold Shepley & Associates, LLC
3115 N. Front Street
Harrisburg, PA 17110
Phone: (717) 692-5533

[PARTIES SERVED]

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee (electronic)
Sylvia H. Rambo Unites States Courthouse
1501 N. 6th Street, Box 302
Harrisburg, PA 17102

Capital One Bank USA NA
c/o Ratchford Law Group
54 Glenmaura National Blvd, Suite 104
Moosic, PA 185007

Dorsey and Stephanie Hauck
253 Mainzer Hill Road
Danville, PA 17821