# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DORSEY M HAUCK JR. | : | CASE NO: 23-00076 |
| AND | : | |
| STEPHANIE E. HAUCK | : | CHAPTER 13 |
| Debtor(s) | : | |
| Objectant | : | Objection to Claim No. 2 |
| vs | : | |
| LVNV FUNDING LLC | : | |
| Claimant | : | |

## CERTIFICATION OF NO RESPONSE

    The undersigned hereby certifies that, as of the date hereof, no request for a hearing or written response to the Objection to Claim No. 2 of LVNV Funding, LLC, filed on July 18, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no request for a hearing or written response to the Objection to Claim No. 2 of LVNV Funding, LLC appears thereon. Pursuant to the Notice of Objection, a request for a hearing or a written response to the Objection to Claim No. 2 of LVNV Funding, LLC were to be filed and served no later than August 17, 2023.

It is hereby respectfully requested that the Order attached to Objection to Claim No. 2 of LVNV Funding, LLC be entered by the Court.


Date: August 23, 2023                                       /s/ Leah M. Stump-Lesley, Esq.
                                                                              Leah M. Stump-Lesley, Esq.
                                                                              PA Bar ID No. 93211
                                                                              Harold Shepley & Associates, LLC
                                                                              3115 N. Front Street
                                                                              Harrisburg, PA 17110
                                                                              Phone: (717) 692-5533