United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-00076-MJC
Dorsey M. Hauck, Jr.     Chapter 13
Stephanie E. Hauck
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 25, 2023     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5517134 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 18:42:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Peter Valecko | on behalf of Creditor MC Federal Credit Union pitecf@weltman.com PitEcf@weltman.com |
| Leah M Stump | on behalf of Debtor 1 Dorsey M. Hauck Jr. lstump@shepleylaw.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Stephanie E. Hauck lstump@shepleylaw.com |

| | |
|---|---|
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor MC Federal Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DORSEY M HAUCK JR.<br>AND<br>STEPHANIE E. HAUCK<br>    Debtor(s)<br>    Objectant<br>vs.<br><br>LVNV FUNDING LLC<br>    Claimant | CASE NO: 23-bk-00076-MJC<br><br>CHAPTER 13<br><br>Objection to Claim No. 2 |

## ORDER

Upon consideration of the Debtors' Objection to Claim Number 2 of LVNV Funding, LLC, Dkt. # 43 ("Objection"), and no responses having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED**. Claim Number 2 of LVNV Funding shall be disallowed in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 25, 2023