# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Dorsey M. Hauck Jr., and<br>Stephanie E. Hauck,<br>    Debtors. | Chapter 13<br><br>Bankruptcy No.: 4-23-bk-00076-MJC<br><br>WITHDRAWAL OF CLAIM |

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Dorsey Hauck Jr and Stephanie Hauck Case #: 23-00076 |
| Creditor Name and Address: | Capital One Bank USA, NA<br>Latchford Law Group<br>54 Glenmaura National Blvd, Suite 104<br>Moosic, PA 18507 |
| Court Claim Number (if known): | Claim # 15 |
| Date Claim Filed: | 7/18/2023 |
| Total Amount of Claim Filed: | $3618.14 |

I, the undersigned, filed the claim on behalf of the debtor(s). There has been no objection or complaint filed regarding this claim and the creditor has not participated in the case. I hereby withdraw the above-referenced claim and authorize the Clerk of Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor(s).

Dated: __October 17, 2023__

Respectfully Submitted,
Harold Shepley & Associates, LLC
/s/ Leah M. Stump-Lesley, Esq.
Leah M. Stump-Lesley, Esq.
PA Bar ID No. 93211
Harold Shepley & Associates, LLC
3115 N. Front Street
Harrisburg, PA 17110
Phone: (877) 827-9006
Fax: (717) 692-5111
Attorneys for Debtors