United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 23-00076-MJC
Dorsey M. Hauck, Jr.  Chapter 13
Stephanie E. Hauck
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 03, 2024     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5530426 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2024 18:42:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Debtor 1 Dorsey M. Hauck Jr. lstump@shepleylaw.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Stephanie E. Hauck lstump@shepleylaw.com |

Michael Patrick Farrington
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

Milos Gvozdenovic
    on behalf of Creditor MC Federal Credit Union mgvozdenovic@weltman.com pitecf@weltman.com

Robert Patrick Wendt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:23-bk-00076-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Dorsey M. Hauck, Jr.<br>253 Mainzer Hill Road<br>Danville PA 17821 | Stephanie E. Hauck<br>253 Mainzer Hill Road<br>Danville PA 17821 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/03/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 | Nationstar Mortgage LLC<br>C/O Rushmore Servicing<br>PO Box 619096<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC<br>C/O Rushmore Servicing |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/05/24

Terrence S. Miller
**CLERK OF THE COURT**