United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dorsey M. Hauck, Jr.  
Stephanie E. Hauck  
    Debtors

Case No. 23-00076-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 17, 2024     Form ID: ordsmiss     Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dorsey M. Hauck, Jr., Stephanie E. Hauck, 253 Mainzer Hill Road, Danville, PA 17821-9268 |
| aty | + | Leah M Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5555091 | + | Capital One Bank USA NA, Ratchford Law Group, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 5516279 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 5516284 | + | MC Federal Credit Union, PO Box 37603, Philadelphia, PA 19101-0603 |
| 5516289 | + | Quantum Imaging & Therapeutic Assoc, 629-D Lowther Rd., Lewisberry, PA 17339-9527 |
| 5516290 | | Ratchford Law Group, P.C., 54 Glenmaura National Blvd., Ste 104, Moosic, PA 18507-2161 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 17 2024 18:31:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | EDI: PRA.COM | May 17 2024 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516271 | | EDI: CINGMIDLAND.COM | May 17 2024 22:34:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 5516269 | | Email/PDF: bncnotices@becket-lee.com | May 17 2024 18:41:16 | American Express, Attn: Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5522275 | | Email/PDF: bncnotices@becket-lee.com | May 17 2024 18:41:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5516270 | + | Email/PDF: bncnotices@becket-lee.com | May 17 2024 18:41:25 | Amex, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5516272 | + | EDI: BANKAMER | May 17 2024 22:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5516273 | | EDI: CAPITALONE.COM | May 17 2024 22:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5516274 | | EDI: CAPONEAUTO.COM | May 17 2024 22:33:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 5516275 | + | EDI: CAPITALONE.COM | May 17 2024 22:33:00 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 5519851 | | EDI: CAPITALONE.COM | May 17 2024 22:33:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516277 | + | EDI: CCS.COM | May 17 2024 22:34:00 | Credit Collection Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 5520773 | + | EDI: DISCOVER | May 17 2024 22:33:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 5516278 | + | EDI: DISCOVER | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | May 17 2024 22:33:00 | Discover Financial, Attn: Bankruptcy, P.O Box 3025, New Albany, OH 43054-3025 |
| 5516276 | | Email/Text: BNSFS@capitalsvcs.com | May 17 2024 18:31:00 | Ccs/first savings bank, attn Bankruptcy, PO box 5019, Sioux Falls, SD 57117 |
| 5517502 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 17 2024 18:31:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5516280 | + | EDI: LCIICSYSTEM | May 17 2024 22:33:00 | I.C. System Inc., Attn: Bankruptcy, P.O Box 64378, Saint Paul, MN 55164-0378 |
| 5516281 | | EDI: IRS.COM | May 17 2024 22:33:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114-0436 |
| 5517134 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 18:41:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516282 | + | EDI: CCS.COM | May 17 2024 22:34:00 | Liberty Mutual Insurance, Attn: Bankruptcy, Two Wells Avenue Dept. 9134, Newton Center, MA 02459-3225 |
| 5520228 | + | Email/Text: BKRMailOps@weltman.com | May 17 2024 18:32:00 | MC Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5521456 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 18:41:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5516283 | + | Email/Text: cschmidt@mcfcu.org | May 17 2024 18:32:00 | Mc Federal Credit Union, 390 Walnut Street, Danville, PA 17821-1503 |
| 5516285 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 18:41:23 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5522759 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2024 18:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5516286 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2024 18:32:00 | Midland Credit Management, Inc., P.O. Box 939069, San Diego, CA 92193-9069 |
| 5516287 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 18:31:00 | Mr. Cooper, P.O. Box 650783, Dallas, TX 75265-0783 |
| 5530426 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 18:31:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5607192 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 18:31:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 5607193 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 18:31:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O Rushmore Servicing |
| 5516288 | + | Email/Text: Bankruptcies@nragroup.com | May 17 2024 18:32:00 | National Recovery, Attn: Bankruptcy, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5516383 | + | EDI: PRA.COM | May 17 2024 22:34:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522506 | | EDI: Q3G.COM | May 17 2024 22:34:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5516291 | | EDI: SYNC | May 17 2024 22:33:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 5516293 | + | Email/Text: PHILAW@weltman.com | May 17 2024 18:32:00 | Weltman Weinberg & Reis, Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |
| 5516294 | + | Email/Text: BKRMailOps@weltman.com | May 17 2024 18:32:00 | Weltman, Weinberg & Reis Co., L.P.A, 965 Keynote Circle, Brooklyn Heights, OH |

| | | | |
|---|---|---|---|
| 5516292 | + EDI: PHINGENESIS | 44131-1829 | |
| | | May 17 2024 22:34:00 | tbom/milestone, attn: bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5522276 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Stephanie E. Hauck lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Dorsey M. Hauck  Jr. lstump@shepleylaw.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor MC Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| Robert Patrick Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dorsey M. Hauck Jr., aka Dorsey M Hauck, | Chapter 13 |
| **Debtor 1** | Case No. 4:23−bk−00076−MJC |
| Stephanie E. Hauck, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 17, 2024

ordsmiss (05/18)